IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLIFTON ALLEN LAVINSKEY,          :
                                  :
    Petitioner,                   :
                                  :
vs.                               :     CIVIL ACTION 12-0559-WS-M
                                  :
GARY HETZEL,                      :
                                  :
    Respondent.                   :

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this petition be DENIED and that this action be DISMISSED.  It is further ORDERED that if Petitioner files a certificate of appealability, it be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 14th day of February, 2013.


                                                s/WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE