```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

CLIFTON ALLEN LAVINSKEY,             :
                                     :
    Petitioner,                      :
                                     :
vs.                                  :     CIVIL ACTION 12-0559-WS-M
                                     :
GARY HETZEL,                         :
                                     :
    Respondent.                      :

<u>ORDER</u>

    After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

    It is ORDERED that this petition be DENIED and that this action be DISMISSED. It is further ORDERED that if Petitioner files a certificate of appealability, it be DENIED as he is not entitled to appeal *in forma pauperis*.

    DONE this 14th day of February, 2013.


                                         <u>s/WILLIAM H. STEELE</u>
                                         CHIEF UNITED STATES DISTRICT JUDGE