```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

CLIFTON ALLEN LAVINSKEY,    :
                            :
    Petitioner,             :
                            :
vs.                         :    CIVIL ACTION 12-0559-WS-M
                            :
GARY HETZEL,                :
                            :
    Respondent.             :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Gary Hetzel and against Petitioner Clifton Allen Lavinskey.

DONE this 14th day of February, 2013.


                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE